**Slip Op. 99-83**
**JUDGMENT**
_____

UNITED STATES COURT OF INTERNATIONAL TRADE
**JANE A. RESTANI, JUDGE**
_____

| | |
|---|---|
| E.I. DUPONT DE NEMOURS & COMPANY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Court No. 97-08-01335 |
| THE UNITED STATES, : | |
| : | |
| Defendant, : | |
| : | |
| and : | |
| : | |
| ARAMID PRODUCTS V.O.F. and : | |
| AKZO NOBEL ARAMID PRODUCTS, INC., : | |
| : | |
| Defendant-Intervenors. : | |

Upon consideration of the remand ordered herein by the court in Slip Op. 99-47, dated June 2, 1999, and the results thereof filed by the Department of Commerce on July 16, 1999, and amended on July 23, 1999, and lack of objection by the parties, it is hereby

**ORDERED AND ADJUDGED** that the remand results are sustained.

_____
Judge of the United States
Court of International Trade

Dated: New York, New York
This 17th day of August, 1999.